UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Grove v. Davol, Inc., et al.*
**Case No. 2:20-cv-4789**

## ORDER

On July 23, 2020, Plaintiff Susan Grove filed a complaint in this multidistrict litigation ("MDL") (Case No. 20-cv-3717, ECF No. 1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Ventralight ST hernia mesh patch, a product manufactured by Defendants. (*Id.*) On September 11, 2020, through different counsel, Plaintiff filed another complaint in this MDL, also alleging injuries caused by the Ventralight ST. (ECF No. 1.) On April 13, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 20-cv-3717. (ECF No. 3.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

IT IS SO ORDERED.

**5/15/2023**　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**